# EXHIBIT B

**PROGRESS BULK CARRIERS LTD.**
**MONTAGUE STERLING CENTRE**
**3RD FLOOR, EAST BAY STREET**
**P.O. BOX N-3242**
**NASSAU, BAHAMAS**

### PROVISIONAL HIRE STATEMENT

Vessel: MV "Benarita"
C/P Date: 25-Sep-09

Vessel Delivered: 10/29/09 15:00 GMT
Hire paid through: 6/26/10 15:00 GMT

| | | | | DEBIT | CREDIT |
|---|---|---|---|---|---|
| Hire (days) | 240.00000 | | | | |
| Off hire (days) Jubail | (4.45276) | Hire US$ pdpr: | | | |
| Total Hire (Net) | 235.54724 | 14,000.00 | | 3,297,661.41 | |
| | | | | | |
| Commissions | 3.75% | | | | 123,662.30 |
| C/V/E US$ | 1,250.00 | | | 9,814.47 | |
| | | | | | |
| Estimateed consumed bunker | | MT | PRICE | | |
| | IFO: | 598.840 | 430.00 | 257,501.20 | |
| | MDO: | 55.100 | 580.00 | 31,958.00 | |
| | IFO-LS: | | | - | |
| | MDO-LS: | - | - | - | |
| Bunkers on redelivery | | | | | |
| | IFO: | 598.840 | 430.00 | | 257,501.20 |
| | MDO: | 55.100 | 580.00 | | 31,958.00 |
| | IFO-LS: | - | - | | - |
| | MDO-LS: | - | - | | - |
| Bunkers supplied by owners: | | | | | |
| | IFO: | - | - | - | |
| | MDO: | - | - | - | |
| | IFO-LS: | - | - | - | |
| | MDO-LS: | - | - | - | |
| | Owners Expenses / Other Credits: | | | | |
| Owners expenses: | | | | | 14,638.99 |
| Crew bonus GoA ILOCH | | | | 4,274.40 | |
| War premium GoA | | | | 864.00 | |
| War premium GoA | | | | 1,296.00 | |
| | | | | | |
| Charterers' payments | | | | | 3,181,052.91 |
| | | | | | |
| TOTAL | | | | 3,603,369.48 | 3,608,813.40 |
| Amount due in charterers favor (US$): | | | | 5,443.92 | |

Charges and credits are subject to final adjustment upon receipt of original port documents.

Note: Charterers are paying brokerage commission to ICAP Shipping USA, 1.25%

Off Hire

| | |
|---|---:|
| Jubail   01/13/10 06:06 -01/15/10 02:06 GMT | 1.833300 |
| Umm Qasr 01/ 01-10/10 | 0.225174 |
| Fangcheng  02/08 10:52 - 02/10 10:36 GMT | 1.988900 |
| Samarinda:Grab 4 breakdown 19/5 01:05-08:15 | 0.074653 |
| Samarinda:Grab 1 breakdown 19/5 09:30-11:30 | 0.020833 |
| Samarinda:Grab 1 breakdown 20/5 09:00-15:30 | 0.067708 |
| Samarinda:Grab 3 breakdown 20/5 09:00-02:00 21/5 | 0.177083 |
| Karachi:Grab 1 breakdown 8/6 16:30-18:00 | 0.015625 |
| Karachi:Crane 3 breakdown 8/6 16:45-18:00 | 0.013021 |
| Karachi:Crane 3 breakdown 8/6 19:45-20:30 | 0.007813 |
| Karachi:Crane 3 breakdown 8/6 21:35-23:00 | 0.014757 |
| Mundra:Crane 4 breakdown 16/6 05:40-07:00 | 0.013889 |
| Total: | 4.45276 |

Owners expenses

| | |
|---|---:|
| Jubail Off Hire  IFO   16.19 mt x USD 430 = | 6,961.70 |
| Jubail Off Hire  MDO   3.21 mt x USD 580 = | 1,861.80 |
| Fangcheng Off Hire  IFO   7.11 mt x USD 430 = | 3,057.30 |
| Fangcheng Off Hire  MDO 1.54 mt x USD 580 = | 893.20 |
| Owners expenses at Nikolaev 11/08-14/2009 | 1,864.99 |
| Total: | 14,638.99 |

Charterers' payment

| | |
|---|---:|
| 1st Hire 10/29/09 | 492,209.20 |
| 2nd Hire 11/13/09 | 202,750.00 |
| 3rd Hire 12/1/09 | 202,750.00 |
| 4th Hire 12/14/09 | 202,750.00 |
| 5th Hire 12/23/09 | 202,750.00 |
| 6th Hire 1/12 /10 | 207,888.40 |
| 7th Hire 1/27/10 | 169,146.40 |
| 8th Hire 2/10/10 | 202,750.00 |
| 9th Hire 3/1/10 | 168,837.11 |
| 10th Hire 3/15/10 | 202,750.00 |
| 11th Hire 3/29/10 | 202,750.00 |
| 12th Hire 4/14/10 | 200,885.01 |
| 13th Hire 4/26/10 | 202,750.00 |
| 14th Hire 5/12/10 | 204,046.00 |
| 15th Hire 5/27/10 | - |
| 16th Hire 6/14/10 | 116,040.80 |
| | 3,181,052.91 |

# PROGRESS BULK CARRIERS, LTD.

Montague Sterling Centre, 3rd Floor
East Bay Street, P.O. Box N-3242
Nassau, Bahamas

Printed:
05/20/10 8:58
880

Mssrs.
Chinaoil (Hong Kong)
Corporation, Ltd

**HIRE STATEMENT**

08-Mar-10

Vessel:   MV Benarita
C/P Date: 08-Jan-10

|  |  |  |  |  |  | US$ | |
|---|---|---|---|---|---|---|---|
| **Charges & Adjustments** | | | **Units** | | **Rate** | **Debit** | **Credit** |
| Hire | 01/15/10 02:06 | 02/08/10 10:52 | 24.365 | Days | 28,000.00 | 682,227.78 | |
| C/V/E | | | | | | 974.61 | |
| F.O. | | | 500.610 | MT | 490.00 | 245,298.90 | |
| D.O. | | | 58.270 | MT | 620.00 | 36,127.40 | |
| Other | Lime washing bonus | | | | | 5,000.00 | |
| WR A/P | for call Jubail | | | | | 432.00 | |
| ILOHC | | | | | | 5,000.00 | |
| Survey | On hire | | | | | | 333.00 |
| Survey | Off hire | | | | | | 200.00 |
| Other | Cash to the Master | | | | | | 2,100.00 |
| F.O. | | | 519.900 | MT | 490.00 | | 254,751.00 |
| D.O. | | | 122.540 | MT | 620.00 | | 75,974.80 |
| Bank Chg | | | | | | | 22.00 |
| | | | | | | 975,060.69 | 333,380.80 |

**Incoming Credits**

| | | |
|---|---|---|
| 20-Jan-10 | | 707,004.30 |
| 20-May-10 | | -65,324.41 |
| | | 641,679.89 |

**Total**                                                                                   975,060.69   975,060.69

**Total due charterers US$**   (Errors & Omissions Excepted.)                0.00

Please remit as follow:

880

# PROGRESS BULK CARRIERS, LTD.

Montague Sterling Centre, 3rd Floor
East Bay Street, P.O. Box N-3242
Nassau, Bahamas

Printed:
06/03/10 14:11
899

Mssrs.
GLENCORE GRAIN B.V.
ROTTERDAM

## HIRE STATEMENT

03-Jun-10

Vessel:    MV Benarita
C/P Date:  10-Feb-10

US$

| Charges & Adjustments | | | Units | | Rate | Debit | Credit |
|---|---|---|---|---|---|---|---|
| Hire | 02/10/10 10:36 | 04/10/10 08:40 | 58.919 | Days | 10,500.00 | 618,654.17 | |
| Commissions | Address | | | | 3.75% | | 21,068.36 |
| C/V/E | | | | | | 2,553.17 | |
| F.O. | | | 699.084 | MT | 500.00 | 349,542.00 | |
| D.O. | | | 121.177 | MT | 680.00 | 82,400.36 | |
| Commissions | Brokerage GFI | | | | 1.25% | | 7,022.79 |
| Other | Cash to the Master | | | | | | 2,065.04 |
| F.O. | | | 736.520 | MT | 500.00 | | 368,260.00 |
| D.O. | | | 125.510 | MT | 680.00 | | 85,346.80 |
| WR A/P | Transit Gulf of Aden | | | | | 1,296.00 | |
| Other | Redelivery Bonus | | | | | 85,000.00 | |
| ILOHC | | | | | | 4,000.00 | |
| Off Hire | 02/28/10 11:00 | 03/05/10 20:54 | 5.412 | Days | 10,500.00 | | 56,831.25 |
| F.O. | Off Hire | | 7.860 | MT | 500.00 | | 3,930.00 |
| D.O. | Off Hire | | 9.740 | MT | 680.00 | | 6,623.20 |
| Other | C/V/E Refund | | | | | | 231.33 |
| Survey | On Hire | | | | | | 223.43 |
| Other | Outlay coms | | | | | | 51.63 |
| | | | | | | 1,143,445.70 | 551,653.83 |

**Incoming Credits**

| 11-Feb-10 | | | | | | | 588,845.00 |
|---|---|---|---|---|---|---|---|
| 16-Apr-10 | | | | | | | 6,518.74 |
| | | | | | | | 595,363.74 |

| **Total** | | | | | | 1,143,445.70 | 1,147,017.57 |
|---|---|---|---|---|---|---|---|
| **Total due charterers US$** | (Errors & Omissions Excepted.) | | | | | | 3,571.87 |

Vessel: MV Benarita
C/P Date: 10-Feb-10

899