# EXHIBIT C

# LARSEN & NICLASEN A/S



CHARTERING AGENTS

Kongevejen 150 A, 1. tv. DK-3460 Birkerød
Phone +45 45 82 00 11. Telefax +45 45 82 06 68 . www.lanic.dk
Email: fix@lanic.dk
CVR-No. 78 94 53 11

| Your ref. | Our ref. | Birkerød |
|---|---|---|
| | -/buf | 21st June, 2010 |

ICAP Shipping U.S.A. Inc.
850, Canal Street
Stamford, CT 06902
U.S.A.

**Re.: M/V "BENARITA"/PBC – Charter Party dated 25th September, 2009**
**Damage to vessel's hull at UMM QASR 02.01.10**

Atached please find invoice covering repairs etc of above mentioned damage, USD 122,606.00.
Vouchers have been attached as well.

Yours very truly,
**Larsen & Niclasen A/S**

Birgit U. Frederiksen

*Ugland Bulk Transport A/S*

*The
J. J. Ugland
Companies*

<u>Messrs. Progress Bulk Carriers</u>

Deres ref/Your ref:                          Vår ref/Our ref: YO                          Dato/Date:
                                                                                           16.06.10

Dear Sirs,

**M/V BENARITA/ PBC CP 25.09.09
– DAMAGE TO VESSEL'S HULL AT UMM QASR 02.01.10**

Pls find attached invoice covering repairs etc of abovementioned damage.  We also enclose
DVD with diver inspection at Bahrain.

Off hire and bunkers previously deducted by Chrtrs have not been included in this invoice,
and our claim is based on off hire and deductions for bunkers being reversed in final hire
statement.

Best regards
For Ugland Bulk Transport A/S

Yngve Øigård

*Ugland Bulk Transport A/S*
*(J.M. Uglands vei 20)*
*P.O. Box 128*
*N-4891 GRIMSTAD*
*Norway*

*Organisation No. :*
*NO 939 684 638 MVA*

*Tel   : +47-37 29 26 00*
*Fax  : +47-37 29 26 61 – Operations / Chartering*
*E-mail : b-operat@jjuc.no /*
*          b-chart@jjuc.no*
*Web  : www.jjuc.no*



**The**
**J. J. Ugland**
**Companies**

<u>Attn. :</u> Operation Dept.

Deres ref/Your ref:                     Vår ref/Our ref:BE/PKB.            Dato/Date:16.06.2010.

## INVOICE

### RE:MV BENARITA-DAMAGE BETWEEN FUEL OIL TANK 5CENTER AND DOUBLE WATER TANK 5 PORT AFTER GROUNDING UM QASR 10-11 JAN.2010.

Reference is made to Master's hidden Report dated 11.01.2010.concerning damage in bulkhead between fuel oil tank no 5 center and double bottom water tank no 5 port side.

The costs related for repair of the damage are as follows.

| | |
|---|---|
| Repair of captioned damage, invoice from Authentic marine. | USD 70.600,- |
| Costs related to Agent Bahrain. | USD 3.409,- |
| Cost related to divers Bahrain. | USD 8.712,- |
| Cost related to DNV Bahrain. | USD 4.136,- |
| Air ticket for Superintendent, shared by owner and charterer. | USD 3.635,- |
| Hotel for Superintendent, Fangcheng. | USD 302,- |
| Hotel for Superintendent, Beijing. | USD 132,- |
| Port expenses Fangcheng. | USD 14.188,- |
| Agency fee, tug boat charge, anchor charge, frontier charge | USD 17.492,- |

**Total repair cost…………………………………………..USD 122.606,-**

26 attachments.

Best regards,
for UGLAND MARINE SERVICES AS

P.K.Bogen.
Tech.Manager.

*UGLAND MARINE SERVICES AS*
*P.O. Box 128*
*N-4891 GRIMSTAD*
*Norway*

*Organisation NO 976 624 661 MVA*
*Tel : +47-37 29 26 00*
*Fax : +47-37 04 47 22 / Tlx : 21 895 Ugred N*
*Website : www.jjuc.no*

# AMC® AUTHENTIC MARINE CO., LTD

**Address: Room 902, Zhonggao Mansion No 1, Renmin Road, Nantong 226001, China.**
**Tel: +86-513-8355 2266      Fax: +86-513-8355 1166      E-mail: authentic@vip.163.com**

## Repair Report

**M/V BENARITA**

**Port: Fangcheng Port, China.**

**Damage of the vessel:**

The steel plate between F.O.tk no 5 & DBT no 5 port of frame No.44-No.47 was deformation. And this deformation caused cracks of it in the seam and oil leakage from F.O.tk no 5 to DBT no 5 port.

**Repair for above damage:**

Repair team: Guangzhou Haijie Shipping Engineering Co., Ltd.

According to attending DNV surveyor and superintendent requirements, the repair team fully cleaned the F.O.tk no 5 & DBT no 5 port and disposed the sludge from above two tanks. After the gas free test by the qualified technician, the repair team cut and renewed the steel plate between F.O.tk no 5 & DBT no 5 port of frame No.44-No.47 (t=14mm, 1800mmx800mm). Then pressure test has been done for DBT no 5 port and satisfied by the attending DNV surveyor and vessel.

AUTHENTIC MARINE CO., LTD

2010-02-09



# AMC® AUTHENTIC MARINE CO., LTD

Address: Room 902, Zhonggao Mansion No 1, Renmin Road, Nantong 226001, China
Tel: +86-513-8355 2266      Fax: +86-513-8355 1166      E-mail: authentic@vip.163.com

# INVOICE

**INVOICE NO. : AMC-389C**
**INVOICE DATE: 20th.Feb, 2010**

| Vessel Name: | MV/ BENARITA |
|---|---|
| Company: | Ugland Marine Services AS |
| Address: | P.O. Box 128, N-4891 Grimstad, Norway |
| Tele: | 0047 37 29 27 54 |
| Fax: | 0047 37 29 26 61 |

| ITEM | DESCRIPTION | T/P (usd) |
|---|---|---|
| 1 | PUMPED OUT 60M3 OILY WATER FROM F.O.TK NO 5 & DBT NO 5 PORT TO BARGE. | |
| 2 | VENTILATION & LIGHTING FOR F.O.TK NO 5 & DBT NO 5 PORT. | |
| 3 | DISPOSED THE SLUDGE IN F.O.TK NO 5 & DBT NO 5 PORT, AND FULLY CLEANED F.O.TK NO 5 & DBT NO 5 PORT. | 70600. |
| 4 | DONE GAS FREE TEST. | |
| 5 | CUT AND RENEWED THE STEEL PLATE BETWEEN F.O.TK NO 5 & DBT NO 5 PORT OF FRAME NO.44-NO.47 (T=14MM, 1800MMX800MM). | |
| 6 | DONE PRESSURE TEST FOR DBT NO 5 PORT AND SATISFIED BY ATTENDING SURVEYOR AND VESSEL. | |
| **GRAND TOTAL:** | | 70600 |
| TOTAL: SAY USD SEVENTY THOUSAND SIX HUNDRED ONLY. | | |

PLEASE REMIT THE ABOVE AMOUNT TO: BANK OF CHINA, NANTONG BRANCH,
IN FAVOR OF AUTHENTIC MARINE CO.,LTD, ZHUCHENG
A/C. 4445331-0188-150873-9
SWIFT CODE: BKCHCNBJ95G.

GENERAL MANAGER



## INVOICE

17th January 2010

To: Per Kristian Bogen
Technical Manager
UGLAND MARINE SERVICES AS

*Ref: INV/RSG/08/17.01.10*

Page 1/1

| Date | Description | Amount |
|---|---|---|
| 14.01.10 | Hire of Qualified Dive Team to carry U/W Survey to DNV requirements for vessel 'Benarita'- | BD 850/- |
| | Hire of Work Boat (8 hr/day)- | BD 1,300/- |
| | Emergency Mobilisation- | BD 500/- |
| | Stand-By Time- | BD 650/- |

**Total: BD 3,300/-**

*Payment Terms: Immediate*
*All Prices are in Bahraini Dinar.*
*Unpaid Balances on Open Accounts are subject to a 2% Monthly Service Charge (24% per Annum) 30 days after Invoice date.*

Should you require any further information or clarification, please do not hesitate to contact us.

Kind Regards,

Ross Powell,
Operations Manager.
T-(+973) 39819202
F-(+973) 17466646

Acc Name- Hull Diving Services
Acc No-0087 115 212
National Bank of Bahrain
Wire Code- NBOBBHBM

1

*1 BD = 2.65 USD*   *4/26*



## QUOTATION

13th January 2010

To: Per Kristian Bogen
Technical Manager
UGLAND MARINE SERVICES AS

Page 1/1

*Ref. QUO/UMS/13.01.10*

| Quantity | Description | Amount |
|---|---|---|
| 1 | Hire of Dive Team to carry out following: <br> · U/W Video Inspection under supervision of DNV Class Surveyor | BD 850/- |
| Day Rate | Hire of Work Boat (per 8 hr/day; If required) | BD 1,300/- |
|  | *Any extra works not listed on this quotation will be quoted upon request and furnished in addition to those prices contained herein.* |  |
|  | Total********* |  |

*- 2252.50*
*< 3445. -*
*5697.50*

*Terms:*
*Quotation is valid for 15 days from the date at the top of the Page.*
*All Prices are in Bahrain Dinar (BD).*
*Any Delays or Standby Time beyond the control of Hull Diving Services Company will be charged at BD 100/- per hour.*
*Unpaid Balances on Open Accounts are subject to a 2% Monthly Service Charge (24% per Annum) 30 days after Invoice date.*

Should you require any further information or clarification, please do not hesitate to contact us.

Kind Regards,

Ross Powell
Operations Manager
Hull Diving Services
Tel: (+973) 17358812
Fax: (973) 17466646
Mob: (+973) 39819202 (24 hrs)
ross.powell@hulldiving.com
www.hulldiving.com

1

DET NORSKE VERITAS



MOTTATT

29 JAN 2010

The J. J. Ugland Companies



5/26

Ugland Marine Services AS
P.o. Box 128
4891 GRIMSTAD
Norway

Att: The Superintendent

DET NORSKE VERITAS,
BAHRAIN BRANCH
DNV Maritime, Region
Middle East & South East
Asia
*Bahrain*
PO Box 783
Manama
Bahrain
Tel: +973 17 820950
StationFax
http://www.dnv.com

Your Ref

Our Ref
BHR/RAMR/N170509/SAFE

Date
2010-01-26

Dear Sir,

## RE.: BENARITA - ID. NO. 18846

Reference is made to survey carried out at At Sea, completed on 2010-01-14.

Please find enclosed the following documentation:

1.      Form no. 40.9 – Survey Report                                   (2 copies)

You are kindly requested to forward a copy of above document to the vessel for filing onboard.

We also enclose our invoice no. MMABH320 3163, amounting to USD 4136.00, which we ask you kindly to
settle at your earliest opportunity.

Yours faithfully,
for Det Norske Veritas, Bahrain Branch

Tahary. Husain
Country Manager

Al Saffar, Abdulla
Surveyor

Enclosure

DET NORSKE VERITAS

# Invoice




Ugland Shipping AS
c/o Ugland Marine Services AS
P.o. Box 128
4891 GRIMSTAD
Norway

VAT No NO 976 624 661

DET NORSKE VERITAS
Region Middle East

P.O.Box 783, Bahrain
Tel. +973 17820950
Fax: +973 17820960
www.dnv.com

Due date 2010-02-25

*Please quote when remitting*

| | | | | |
|---|---|---|---|---|
| | | | Invoice No | MMABH320 3163 |
| Invoice date 2010-01-26 | Our ref. ABDULLA AL SAFFAR | DNV Id No 18846 | Client No 199791 | Work completed at At Sea |
| Your ref | | Customer contact person | | On date 2010-01-14 |
| Invoice description BENARITA | | | | On behalf of DNV |

| Text specification | | Service | Amount USD |
|---|---|---|---|
| DNV Project No: N170509 | | | |
| Occasional Surveys | 0/ | F 1100 | 3,024.00 |
| Hull damage survey - Grounding damage | 0/ | | |
| Fee for Travel Time | 0/ | R 1100 | 630.00 |
| Fee for Waiting Time | 0/ | R 1100 | 210.00 |
| Overtime | 0/ | R 1100 | 252.00 |
| Car Mileage Expenses | 0/ | R 1100 | 20.00 |

*15/02 - 20/0*
*45/60*

| Net amount | | 4,136.00 |
|---|---|---|
| Value added tax | Vat basis | 0.00 |
| Total | USD | 4,136.00 |

Det Norske Veritas AS
NO-1322 Hoevik, Norway
DnB NOR Bank ASA
NO-0021 Oslo, Norway
A/C No: NO74 7131 0526 856
SWIFT: DNBANOKK

Net 30 days

Otherwise interest of 11.50% p.a may be charged



Side                2 ( 2 )
Medlemsnummer       36148701713344
Fakturadato         1. mars 2010

## Informasjon om innbetalinger

| Dato | Spesifikasjon | Referanse | Beløp |
|------|---------------|-----------|-------|
| 14.01.10 | Innbetalt via OCR | | -1.186,00 |

**Sum innbetalinger denne periode**                                    **-1.186,00**

## Transaksjoner

| Kjøpsdato | Brukersted - Varegruppe / Spesifikasjon | Bokføringsdato | Valutabeløp / Valuta - kurs | Beløp i NOK |
|-----------|------------------------------------------|----------------|------------------------------|-------------|
| 12.02.10 | WHARTON INT'L HTL CHINA | 19.02.10 | 885.00 / CNY  88.1938 | 780.52 |

**Sum transaksjoner denne periode**                                     **780,52**

Selskapet rapporterer bruk av kort i utlandet i henhold til Valutaregisterloven. Enkelttransaksjoner større enn NOK 25.000.- og kjøp av valuta over NOK 5.000,- blir rapportert til myndighetene. Ved omregning fra annen valuta inngår et valutapåslag på 1,75% i vekslingskursen. Beregning fremgår av kontovilkårene og prislisten.

世纪利通酒店
CENTURY LINK HOTEL

帐单 Bill

No.0011431

房号/Room No.:
客人姓名/Name:
抵店日期/Arr.:

团号/Group No.:
房价/Rate:
离店日期/Dept.:

| 日期/Date | 单号/Check No. | 消费项目/Consumption | 金额/Amount |
|---|---|---|---|
| | | | |

以上所列之消费项目及金额均属实有效，本人自愿签名确认。
I acknowledge all above consumptions are valid & ture.My signature would be confirmed this,either.

客人签名/Signature:
收银员/Cashier:

第一联：财务（白）　　第二联：宾客（红）



```
 201606                    F A K T U R A  nr.   903440

UGLAND MARINE SERVICES A/S              Lev. dato:      Leveringsmåte:
P.O.BOX 128                             25.01.2010

4891  GRIMSTAD                   Ordrenr:    Fakt.dato:    Forfallsdato:
                                 678227      25.01.2010       .  .

Firmakontakt:                 Diverse info:
BOGEN


Vår kontakt:1130/91   ANN HELEN T:37253813
----------------------------------------------------------------------------------
Avreise :   26JAN10
KRISTIANSAND-KØBENHAVN   -BANGKOK
KØBENHAVN   -KRISTIANSAND
11738 75338215/216  FLYBILLETT  BOGEN/PER KRISTIAN M
SCANDINAVIAN AIRLINES NO 961 510 740 MVA NOK 33.840,00 Mva.    0,00   NOK  33.840,00
                                          HONORAR E09     0% mva.  NOK   1.000,00

Avreise :   02FEB10
BANGKOK   -NANNING   -BEIJING
78438 75338217    FLYBILLETT  BOGEN/PER KRISTIAN M
CHINA SOUTHERN AIRLIN              NOK  7.229,00 Mva.    0,00   NOK   7.229,00
                                  HONORAR EP9     0% mva.  NOK   1.000,00

                                  -------------------------------------
  0% Grunnl.  43.069,00   mva.    0,00   SUM                  NOK  43.069,00
                                         CC-KREDITTKORT       NOK  33.840,00CR
                                         DC xxxxxxxxxxxx42013  NOK   9.229,00CR
                                                             -------------------
                                         SUM TOTAL            NOK      0,00
                                                             ===================
KREDITKORT NR.: DC xxxxxxxxxxxx42013
```

*DELES PÅ DENMARK og
och BEITA
/MD /*

MOTTATT
29 JAN 2010
The J. J. Ugland Companies

```
NORTRANS TOURING AS              FORETAKSNR: 928 217 345 MVA
```





**DET NORSKE VERITAS**
**SURVEY REPORT**

Rev. [1]

| | DNV id. no. | Job Id |
|---|---|---|
| | 18846 | 170509 |

| Name of vessel | Name of owner | IMO no |
|---|---|---|
| BENARITA | Ugland Shipping AS | 8309426 |

## Hull damage survey

This is to confirm that the following has been carried out:

### Surveys

| Survey Code | Survey Name | Result |
|---|---|---|
| HULLDAM.O | Hull damage - Grounding damage | Complete |

| Conditions and Memoranda – Given | | Due Date |
|---|---|---|
| CC 113 | Thanks No.5 WB DB port and No.5 FO center to be internally re-inspected with related to this damage survey within due date. | 2010-04-14 |

## Survey Observations and Findings

### Ship structure

At the request of the owner representative the undersigned surveyor attended the vessel to carry out a damage survey.

The suspected damaged area was externally inspected and surveyed as under water survey carried out by DNV approved diving company "Hull Diving services" at the present of the attended DNV surveyor and no damages were noted.

Internally, No.4 WBT DB port was inspected and there was no damage was found. No.5 WBT DB port was partially inspected due to water inside the tank and there was no damages were found.

FOT no.5 center tank not able to be inspected due to fuel in the tank. The tank to be under monitoring all the time by the ship's crew, sounding to be taken and logged. Any unusual changing in the tank level, DNV has to be informed.

In view of above, CC to be issued now.

| Station | Place of survey | Survey started | Survey completed | Stamp |
|---|---|---|---|---|
| Bahrain | At Sea | 2010-01-14 | 2010-01-14 | |
| Lead surveyor's name | | Lead surveyor's signature | | |
| Al Saffar, Abdulla | | | | |
| Surveyor's name | | Surveyor's signature | | |

If any person suffers loss or damage which is proved to have been caused by any negligent act or omission of Det Norske Veritas, then Det Norske Veritas shall pay compensation to such person for his proved direct loss or damage. However, the compensation shall not exceed an amount equal to ten times the fee charged for the service in question, provided that the maximum compensation shall never exceed USD 2 million. In this provision "Det Norske Veritas" shall mean the Foundation Det Norske Veritas as well as all its subsidiaries, directors, officers, employees, agents and any other acting on behalf of Det Norske Veritas.





### DET NORSKE VERITAS
## REPORT OF PERIODICAL SURVEYS
#### (Preliminary)

| Name of vessel | | Name of owner | DNV id. no. | Job id. |
|---|---|---|---|---|
| BENARITA | To | Ugland Shipping AS | 18846 | 170509 |

## Survey Result

This is to certify that the following have been carried out:

## Surveys

| Survey Code | Survey Name | Result (1) |
|---|---|---|
| HULLDAM.O | Hull damage – Grounding damage | X |
| | | |
| | | |

(1) X = Completed     P = Partial

| Station | Place of survey | Survey started | Survey completed | Stamp |
|---|---|---|---|---|
| BAHRAIN | MANAMA | 2010-01-14 | 2010-01-14 | |
| Lead surveyor's name | Lead surveyor's signature | | | |
| AL SAFFAR, ABDULLA | | | | BAHRAIN |
| Surveyor's name | Surveyor's signature | | | |

If any person suffers loss or damage which is proved to have been caused by any negligent act or omission of Det Norske Veritas, then Det Norske Veritas shall pay compensation to such person for his proved direct loss or damage. However, the compensation shall not exceed an amount equal to ten times the fee charged for the service in question, provided that the maximum compensation shall never exceed USD 2 million. In this provision "Det Norske Veritas" shall mean the Foundation Det Norske Veritas as well as all its subsidiaries, directors, officers, employees, agents and any other acting on behalf of Det Norske Veritas.

DET NORSKE VERITAS AS, VERITASVEIEN 1, N-1322 HØVIK, NORWAY, TEL. INT.: +47 67 57 99 00, TELEFAX +47 67 57 99 11

Form No.: PSNAUT 2     Issue: September 01

12/20



DET NORSKE VERITAS
## REPORT OF PERIODICAL SURVEYS
(Preliminary)

| Name of vessel | | Name of owner | DNV Id. no. | Job Id. |
|---|---|---|---|---|
| BENARITA | | Ugland Shipping AS | 18846 | 170509 |

## Findings

| CC/CA/ NC/MO No. | Certificate and/or Notation and/or Survey Arr. | Finding description |
|---|---|---|
| | | The damage survey is completed without any serious defects would effect the general strength of the vessel. The under water survey during sailing. The under water survey was carried out by the DNV approved diving company "Hull Diving Services" witnessed by the attending DNV surveyor, P&I surveyor, Master & the Diving company supervisor. The under water survey result with s screws |
| | | Tanks No 4 & No 5 internally inspected and found No internal damages |
| | | No.5 Tank was partially inspected due to water remaining water in the tanks about 10—50 cm |
| | | Suspected leak is At discharging point. Due to unstable sounding condition between No 5 Port DB & No 5 SO center these two tanks need to be fully pumped out, be inspected & pressure tested to find a suspected leak between the two tank may be there. |

(1) X = Credited after examination/test
P = Credited (passed) without full examination/test
N = Not credited after examination/test
R = Credited after Repair

(2) A = Annual
I = Intermediate
R = Renewal
AR = Annual and Renewal
AI = Annual and Intermediate
CHS = Continuous Hull

If any person suffers loss or damage which is proved to have been caused by any negligent act or omission of Det Norske Veritas, then Det Norske Veritas shall pay compensation to such person for his proved direct loss or damage. However, the compensation shall not exceed an amount equal to ten times the fee charged for the service in question, provided that the maximum compensation shall never exceed USD 2 million. In this provision "Det Norske Veritas" shall mean the Foundation Det Norske Veritas as well as all its subsidiaries, directors, officers, employees, agents and any other acting on behalf of Det Norske Veritas.

DET NORSKE VERITAS AS, VERITASVEIEN 1, N-1322 HØVIK, NORWAY, TEL.INT. +47 67 57 99 00, TELEFAX +47 67 57 99 11

Form No : PSNAUT 5   Issue: September 01

Page 2 of 2



**Wilhelmsen**
**Ships Service**

ALMOAYED WILHELMSEN LTD.,
P.O.BOX 26411
MINA SULMAN INDUSTRIAL AREA NO.5
GATE 301 ROAD 4306, KINGDOM OF BAHRAIN
BAHRAIN

| | | |
|---|---|---|
| Email Id | : | wss.bahrain.operations@wilhelmsen.com |
| Phone/Fax | : | +973 178 13000 / +973 178 13011 |
| Internet | : | www.wilhelmsen.com/shipsservice |
| POC Email | : | wss.bahrain.operations@wilhelmsen.com |
| POC Deatils | : | Vilianoff Mascarenhas |
| POC details | : | vilianoff.mascarenhas@wilhelmsen.com |
| POC Phone | : | + 97339462863 |

Customer:

UGLAND BULK TRANSPORT AS
J M Uglandsvei 20
P.O. BOX 128
4891 Grimstad
Norway
ph+47 37292600

MOTTATT

11 FEB 2010

The J. J. Ugland Companies

| Invoice date | : | 04-FEB-2010 |
|---|---|---|
| Invoice number | : | 201080070 |

Payment ref       1023443222

## Final Disbursement Account

Dear Sirs,

Attached please find the final disbursement account, together with supporting vouchers, in respect of following port call.

| Vessel | : | BENARITA | Arrived | : | 14-JAN-2010 02:36 |
|---|---|---|---|---|---|
| Port | : | Anchorage, Kingdom Of Bahrain | Sailed | : | 14-JAN-2010 18:30 |
| Voyage | : | | | | |

Total balance in your favour (USD).

| Total port call costs | | Pre fund/s received | | Net Balance | |
|---|---|---|---|---|---|
| USD | 3 409.255 | USD | 6 260.000 | USD | (2 850.745) |

Please contact ALMOAYED WILHELMSEN LTD., for further information.

Thank you for your continuous support.

Yours sincerely

ALMOAYED WILHELMSEN LTD.,
As agent only



**Wilhelmsen Ships Service**

| | | |
|---|---|---|
| Port | : | Anchorage. Kingdom Of Bahrain |
| Vessel | : | BENARITA |
| Arrived | : | 14-JAN-2010 02:36 |
| FDA printed Date : | | 07-FEB-2010   7:14 |

*14/26*

## Final Disbursement Account



| Service Description | Final Amount (USD) | Tax Amount (USD) | Total Amount (USD) |
|---|---|---|---|
| **(A) - Port Expenses** | | | |
| Launch Hire/bouy no 27 est.,3 trips | 797.872 | 0.000 | 797.872 |
| Vtms charges/canal fee | 106.383 | 0.000 | 106.383 |
| Customs/immigration/coast gurd clearance fee | 335.000 | 0.000 | 335.000 |
| harbour dues | 630.000 | 0.000 | 630.000 |
| **Group Summary** | **1 869.255** | **0.000** | **1 869.255** |
| **(H) - Agency Fees** | | | |
| Agency Fee/inclusive/agecy fee,petties/stationerys.documentation | 1 300.000 | 0.000 | 1 300.000 |
| **Group Summary** | **1 300.000** | **0.000** | **1 300.000** |
| **(I) - Agency Expenses** | | | |
| Communication | 240.000 | 0.000 | 240.000 |
| **Group Summary** | **240.000** | **0.000** | **240.000** |
| **Total Expenses** | **3 409.255** | **0.000** | **3 409.255** |

| | | | |
|---|---|---|---|
| **Advance Funds Received** | : | | 6 260.000 |
| **Balance in your favour** | : | . | (2 850.745) |

Fax from : 00973 17728217

01-02-10 16:25    Pg :  4  15



شركة الجزيرة للملاحة ذ.م.م.
## AL JAZEERA SHIPPING CO. W.L.L.



C.R. No. : 16316
P.O. Box No. : 302
Manama, Kingdom of Bahrain

Tel. : (00973) 17728837
Fax : (00973) 17728217

Al Moayed Barwill Ltd
P.O.Box 26411
Manama
Kingdom of Bahrain
**Attn. Finance Dept.**

## INVOICE 31897

Your Order No. ......................................
........................ 15-Jan-10
Date : ......................................................

We have charged your account with the following :

| DETAILS التفاصيل | Amount | |
|---|---|---|
| **Ref. Hire of C/Boat "Sea Spray" for M.V "BENARITA"** | | |
| Ref. AJS Fax : AHM/ria/394/AJS, dated 30th May 2008. | | |
| We debit your account for the hire of  C.Boat "Sea Spray" | | |
| to proceed to above vessel at Buoy No. 27 as detail below. | | |
| | | |
| 14.01.09  2 trips     X BD.150/- per trip                    **BD.** | **300** | **000** |
| | | |
| BD. Three Hundred Only.          201000192 | | |

E-mail : almelaha@batelco.com.bh
**TERMS OF PAYMENT :**

Accounts outstanding after 30 days from date of
Invoice will carry Interest at 10% per annum.

E. & O. E.

For **AL JAZEERA SHIPPING CO. W.L.L.**

Visit Our Website : aljazeerashippingco.com

16/
/20.

# Wilhelmsen
## Ships Service

Almoayed Wilhelmsen Ltd.

Office   Mina Sulman Industrial Area
         No 5
         Gate 30 , Road 4306
         P.O.Box 26411
         Kingdom of Bahrain

Telephone  +973 17813000
Telefax    +973 17813011
Internet   www.wilhelmsen.com/shipsservice

Mail

No. 020378

## Launch / Car - Hire

Port : .... ANCHORAGE

Job No : 10 2344 3 222

Vessel's Name ........ BENARITA

Tug / Launch / Driver's Name ...... SEA SPRAY

Voy # .. 4B

Purpose of Hire ....................................    Date 14-1-2010

1) Clearing Vessel Got = 27 Bay Int MB    6. Ship's Spares

2. Surveyor's Visit                        7. Joining

3. Medical / Hospital                      8. Offsigning

4) Port Clearance ...Deliver be Vessel X   9. Dnv / Lloyd's Surveyors

5 Provisions / Ship's Stores               10 Others ................

                                           Shore Leave

Vessel's Position  ANCHORGE 27 Bay         Shore ........................    Ship

Total Trips .......... TWO   2 V

                  ........ Hrs   ....... Hrs   ........ Hrs

                  ........ Hrs   ....... Hrs   ........ Hrs.

                  ........ Hrs   ....... Hrs   ........ Hrs.

                  ........ Hrs   ....... Hrs   ........ Hrs

Remarks

(stamp: MV BENARITA / MASTER / GRIMSTAD)

For Almoayed Wilhelmsen Ltd.
As Agents Only

Master's Signature / Stamp



# APM TERMINALS



## فـاتـورة INVOICE

| رقم الفاتورة<br>Invoice No: | تاريخ الفاتورة<br>Invoice Date : |
|---|---|

| الزبون Customer | الوكيل Agent | تاريخ الإستحقاق<br>Payment Due Date : |
|---|---|---|
| | | رقم الرحلة<br>Voyage No. |
| | | اسم السفينة<br>Vessel Name: |
| | | تاريخ الوصول<br>Arrival Date |

| Description التفـاصيـل | الكمية<br>Quantity | سعر الوحدة<br>Unit Price | سعر الإجمالي<br>Amount |
|---|---|---|---|
| | | | |

**201000072**

| | |
|---|---|
| Debit | |
| Cheque no. | |
| Charterer | |
| | |
| | |
| Date | |

| | المجموع<br>Total |
|---|---|

Validity : Valid to Gate Pass within 24 hours.

Validity Date:



**Wilhelmsen Ships Service**

ALMOAYED WILHELMSEN LTD.,
P.O.BOX 26411
MINA SULMAN INDUSTRIAL AREA NO.5
GATE 301  ROAD 4306, KINGDOM OF BAHRAIN
BAHRAIN

Email Id        wss.bahrain.operations@wilhelmsen.com
Phone/Fax       +973 178 13000 / +973 178 13011
Internet        www.wilhelmsen.com/shipsservice

## Original Invoice

**Invoice Number**
201080096

**Invoice Date**
21/JAN/2010

**Terms of Payment**
30 Days Net

**Due Date**
20/FEB/2010

**Customer VAT Number**

**Customer Number**
8000071191

**Invoice Address**
UGLAND BULK TRANSPORT AS
J M Uglandsvei 20
PO BOX 128
4891 Grimstad
Norway
ph+47 37292600

**Project No:**    1023443222

BENARITA,Anchorage, Kingdom Of Bahrain,14/JAN/2010 05:20

| Service Description | Tax Rate (%) | Net Amount (USD) | Tax Amount (USD) | Gross Amount (USD) | Net Amount (BHD) | Tax Amount (BHD) | Gross Amount (BHD) |
|---|---|---|---|---|---|---|---|
| | | | Transaction Currency: USD | | Local Currency: BHD | | |
| CUSTOMS/IMMIGRATION/COAST GURD CLEARANCE FEE | 0.00 | 335.000 | 0.000 | 335.000 | 126.285 | 0.000 | 126.285 |
| **Exchange Rate:** 0.376970 | | | | | | | |
| TOTAL | | | | 335.000 | | | 126.285 |
| **Amount:** USD Three Hundred Thirty-Five | | | | | | | |
| BHD One Hundred Twenty-Six And 285 / 1000 | | | | | | | |

| | | Currency Code:  USD | |
|---|---|---|---|
| **Tax Description** | Tax Rate(%) | Tax Base | Tax Amt |
| No Tax | 0.00 | 335.000 | 0.000 |



**Wilhelmsen Ships Service**

19/26

## Agent's Inward Clearance Formalities
## Ship's arrival Report

Almoayed Wilhelmsen Ltd.
Office:   Mina Salman Industrial Area
          No 5
          Gate 301, Road 4306
Mail:     P.O.Box 26411
          Kingdom of Bahrain

Telephone: +973 17813000
Telefax:   +973 17813011
Email:     wss.bahrain@wilhelmsen.com
Internet:  www.wilhelmsen.com

Vessel's Name: ___BENARITA___          Voy. No. : ___4B___

Flag: ___NORWEGIAN___                  Port of Registry : ___GRIMSTAK___

Call Sign: ___LAWC4___                 IMO No: ___8209426___

Gross Reg. Tons: ___23594___           Net Reg. Tons: ___13370___

Deadweight: ___40688___                Length Overhull : ___182.75___

P and I Club : _____             Local Correspondents: _____

|  | **Local Time (GMT + 3)** |  | **Date** |
|---|---|---|---|
| End of Sea Passage | : 0236 | hrs. | 14-1-2010 |
| Arrived at Sitra Anchorage | : 0520 | hrs. | " |
| Notice of Readiness Tendered | : / | hrs. | / |
| Dropped Anchor | : 05 0 | hrs. | " |
| Anchor Aweigh | : | hrs. | |
| Pilot onboard | : / | hrs. | / |
| Free Pratique Granted | : 1 00 0 | hrs. | " |
| Coastguard onboard | : / | hrs. | / |
| Cleared by Coastguard | : / | hrs. | / |
| Berthed at Berth No. | : / | hrs. | / |
| Cleared by Customs/Immigration | : 1 00 0 | hrs. | " |
| Expect to commence loading | : / | hrs. | / |
| Expect to complete loading | : / | hrs. | / |

Type of Cargo : ___REPAIRS___         Quantity : ___/___

Arrival Draft : FWD : ___3.81 M___    AFT : ___5.71 M___

Arrival Bunker : FO : ___548.49___ DO : ___35.74 MT___ FW : ___76 MT___

Last Port of Call : ___UMM QSAR. ( IRAQ )___

Next Port of Call : ___Zubacul K.S.A___

Outward Clearance No. : ___010370___   Dated : ___14-1-2010___

M/V BENARITA
MASTER
GRIMaster

AGENT'S INWARD CLEARANCE FORMALITIES - REVISION : 0 – 26 10 2008

Part of Wilhelmsen Maritime Services,
a Wilh. Wilhelmsen group associated company



**Wilhelmsen Ships Service**

ALMOAYED WILHELMSEN LTD.,
P.O BOX 26411
MINA SULMAN INDUSTRIAL AREA NO.5
GATE 301  ROAD 4306, KINGDOM OF BAHRAIN
BAHRAIN

| | |
|---|---|
| Email Id | : wss.bahrain.operations@wilhelmsen.com |
| Phone/Fax | : +973 178 13000 / +973 178 13011 |
| Internet | : www.wilhelmsen.com/shipsservice |

## Original Invoice

**Invoice Number**
201060094

**Invoice Date**
21/JAN/2010

**Terms of Payment**          **Due Date**
30 Days Net                   20/FEB/2010

**Customer VAT Number**       **Customer Number**
                              8000071191

**Invoice Address**
UGLAND BULK TRANSPORT AS
J M Uglandsvei 20
PO BOX 128
4891 Grimstad
Norway
ph+47 37292600

Project No:    1023443222          BENARITA,Anchorage, Kingdom Of Bahrain,14/JAN/2010 05:20

| | | | Transaction Currency: USD | | | Local Currency: BHD | | |
|---|---|---|---|---|---|---|---|---|
| Service Description | Tax Rate (%) | Net Amount (USD) | Tax Amount (USD) | Gross Amount (USD) | Net Amount (BHD) | Tax Amount (BHD) | Gross Amount (BHD) | |
| HARBOUR DUES | 0.00 | 630.000 | 0.000 | 630.000 | 237.491 | 0.000 | 237.491 | |
| Exchange Rate: 0.376970 | | | | | | | | |
| TOTAL | | | | 630.000 | | | 237.491 | |

**Amount:**    USD Six Hundred Thirty

BHD Two Hundred Thirty-Seven And 491 / 1000

|  |  | Currency Code:  USD | |
|---|---|---|---|
| **Tax Description** | Tax Rate(%) | Tax Base | **Tax Amt** |
| No Tax | 0.00 | 630.000 | 0.000 |

MINISTRY OF FINANCE &
NATIONAL ECONOMY

CUSTOMS & PORTS DIRECTORATE
P. O. BOX 15
TELEX NO. 8642 BN





وزارة المالية والاقتصاد الوطني
الجمارك والموانئ

ص . ب ١٥
تلكس رقم : ٨٦٤٢ بي ان

REF. : 252\mis\cs

DATE : 28.10.1985

الرقم ـــــــــــــــــ

التاريخ ـــــــــــــــــ

TO ALL SHIPPING AGENTS

VESSELS LOADING EXPORT CARGO FROM
GULF PETROCHEMICALS INDUSTRIES CO

We write to inform you that all Tankers loading export cargo
from Gulf Petrochemicals Industries Co, will, in accordance with
the Emiri Decree issued on 23rd March 1972, be liable for
Tankers dues.

This charge will be, in addition to the Harbour dues
presently raised on the vessels themselves for the use of
Bahrain Waters.

DAIJ KHALIFA ALKHALIFA
PRESIDENT, CUSTOMS & PORTS

RECEIVED
2 NOV 1985
-----------------------

LR :

15-A-85

**STATE OF BAHRAIN**
**MINISTRY OF FINANCE &**
**NATIONAL ECONOMY**

**CUSTOMS & PORTS DIRECTORATE**
P. O. BOX 15
TELEX NO. 8642 BN



دولة البحرين
وزارة المالية والاقتصاد الوطني
إدارة الجمارك والموانئ
ص . ب ١٥
تلكس رقم : ٨٦٢٢ بي ان

REF. :_____                                    الرقم ـــــــــــ

DATE :___4.6.87___                                    التاريخ ـــــــــ

To  :  ALL SHIPPING COMPANIES AND AGENTS
       STATE OF BAHRAIN

Dear Sirs,

                        HARBOUR DUES
                        ─────────────

     You will be aware that Harbour Dues are levied for Ships
entering Bahrain waters but not berthing at Mina Sulman.

     In an endevour to reduce the costs of Vessels who stay in
Bahrain waters or at private Jetties for long periods the
following Tariff changes will apply.

     a)  For any period not exceeding 10 days - 10 Fils Per GRT

     b)  For the next 30 days , each day or part thereof -
         2 Fils Per GRT.

     c)  Thereafter a 50% reduction will be applied for Vessels
         at Anchor or Mooring Buoys and 70% for Vessels berthed
         at private Jetties.

     This Levy covers all types of Vessels including Barges and
will be levied on a monthly basis.

                        Your faithfully,



                        ─────────────────────────
                        PRESIDENT OF CUSTOMS & PORTS

LN


## Wilhelmsen
## Ships Service

ALMOAYED WILHELMSEN LTD .
P.O.BOX 26411
MINA SULMAN INDUSTRIAL AREA NO 5
GATE 301  ROAD 4306, KINGDOM OF BAHRAIN
BAHRAIN

Email Id           : wss.bahrain.operations@wilhelmsen.com
Phone/Fax       : +973 178 13000 / +973 178 13011
Internet          : www.wilhelmsen.com/shipsservice

## Original Invoice

**Invoice Number**
201060092

**Invoice Date**
21/JAN/2010

**Terms of Payment**          **Due Date**
30 Days Net                          20/FEB/2010

**Customer VAT Number**

**Customer Number**
8000071191

**Invoice Address**
UGLAND BULK TRANSPORT AS
J M Uglandsvei 20
PO BOX 128
4891 Grimstad
Norway
ph+47 37292600

Project No:     1023443222

BENARITA,Anchorage, Kingdom Of Bahrain,14/JAN/2010 05:20

Transaction Currency:  USD                      Local Currency:  BHD

| Service Description | Tax Rate (%) | Net Amount (USD) | Tax Amount (USD) | Gross Amount (USD) | Net Amount (BHD) | Tax Amount (BHD) | Gross Amount (BHD) |
|---|---|---|---|---|---|---|---|
| AGENCY FEE/INCLUSIVE/AGECY FEE,PETTIES/STATIONERYS,DO CUMENTATION | 0.00 | 1300.000 | 0.000 | 1300.000 | 490.061 | 0.000 | 490.061 |

Exchange Rate:          0.376970

TOTAL

Amount:          USD One Thousand Three Hundred                    1300.000                                        490.061

BHD Four Hundred Ninety And 061 / 1000

| Tax Description | | Currency Code:  USD | |
|---|---|---|---|
| | Tax Rate(%) | Tax Base | Tax Amt |
| No Tax | 0.00 | 1300.000 | 0.000 |


**Wilhelmsen Ships Service**

24/26

ALMOAYED WILHELMSEN LTD.,
P.O.BOX 26411
MINA SULMAN INDUSTRIAL AREA NO.5
GATE 301 ROAD 4306, KINGDOM OF BAHRAIN
BAHRAIN

Email Id      : wss.bahrain.operations@wilhelmsen.com
Phone/Fax  : +973 178 13000 / +973 178 13011
Internet       : www.wilhelmsen.com/shipsservice

## Original Invoice

**Invoice Number**
201080093

**Invoice Date**
21/JAN/2010

**Terms of Payment**
30 Days Net

**Due Date**
20/FEB/2010

**Customer VAT Number**

**Customer Number**
8000071191

**Invoice Address**
UGLAND BULK TRANSPORT AS
J M Uglandsvei 20
PO BOX 128
4891 Grimstad
Norway
ph+47 37292800

Project No:     1023443222

BENARITA,Anchorage, Kingdom Of Bahrain,14/JAN/2010 05:20

| Service Description | Tax Rate (%) | Transaction Currency: USD | | | Local Currency: BHD | | |
|---|---|---|---|---|---|---|---|
| | | Net Amount (USD) | Tax Amount (USD) | Gross Amount (USD) | Net Amount (BHD) | Tax Amount (BHD) | Gross Amount (BHD) |
| COMMUNICATION | 0.00 | 240.000 | 0.000 | 240.000 | 90.473 | 0.000 | 90.473 |

Exchange Rate:     0.376970

**TOTAL**
**Amount:**     USD Two Hundred Forty

BHD Ninety And 473 / 1000

| | | | Gross Amount (USD) | | | | Gross Amount (BHD) |
|---|---|---|---|---|---|---|---|
| | | | 240.000 | | | | 90.473 |

Currency Code:  USD

| Tax Description | Tax Rate[%] | Tax Base | Tax Amt |
|---|---|---|---|
| No Tax | 0.00 | 240.000 | 0.000 |

25/26



中国防城外轮代理有限公司
CHINA OCEAN SHIPPING AGENCY FANGCHENG

RECEIP

收　据
ORIGINAL INVOICE

ORIGINAL

船名
M/V

佰娜塔
BENARITA

日期：
DATE： 2010-3-10

| 品名及规格<br>DESCRIPTION | 数量<br>QUANTITY | 单价<br>U/ PRICE | 金额<br>AMOUNT |
|---|---|---|---|
| 1 Charge for Protect Agency Fee | 1 | $2,000.00 | $2,000.00 |
| 2 Communication Charges | 1 | $73.53 | $73.53 |
| 3 Transportation Fee | 1 | $73.53 | $73.53 |

PAYMENT DETAILS

OWNER ACCOUNTING

| 合计<br>TOTAL | $2,147.06 |
|---|---|

26/26

# 收 OFFICIAL RECEIPT 据

凭证号码 Nº 8052027

出票日期: 2010年12月16日

兹收到 RECEIVED FROM: MV. BENARITA (筒物代)

交来 BEING IN PAYMENT: 拖轮费 (Tug boat charge)

人民币 (金额大写): (×)指头成仟 佰 拾 元整 USD=6.8846

现金 □ Cash

支票号码 □ Receipt No

收款人签: 张明

会计: 张明

支付银行: FANGCHENG PORT AUTHORITY

收费事项: 防城港区

USD 3920.00

RMB 114488.09

□ 现金 Cash
□ 支票 Fare

MV. BENARITA (筒物代)

Anchorage's (2days)  2   0.50 2466  2  24.0660  USD 6.8846

拖轮 MOVE  3  2401.36  113509.09

Tender's charge  3  2401.36  113509.09

ORIGINAL

002040468

ORIGINAL